IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ezra Hill, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17 cv 4699 |
| | ) | |
| v. | ) | The Honorable Charles P. Kocoras |
| | ) | Presiding Judge |
| City of Harvey, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## COOK COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Assistant State's Attorney Liam Reardon, Assistant State's Attorney Ed Murillo and Cook County (collectively "Cook County Defendants"), by their attorney, Kimberly M. Foxx, Cook County State's Attorney, pursuant to Fed. R. Civ. P. 56(a), hereby moves this Court for entry of summary judgment on all claims, award costs and grant any further relief that this Court finds just and equitable. The particular grounds for this motion are set forth in the Cook County Defendants' Memorandum in Support of Summary Judgment.

Respectfully submitted,

*/s/ T. Andrew Horvat*
T. Andrew Horvat
Cook Co. Assistant State's Attorney
50 W. Washington, 5th Floor
Chicago, Illinois 60602
(312) 603-3362

## CERTIFICATE OF SERVICE

      I, T. Andrew Horvat, hereby certify that on May 26, 2020, I have caused a true and correct copy of the Cook County Defendants' Motion for Summary Judgment to be sent via e filing to all counsel of record in accordance with the rules regarding the electronic filing of documents.

                                                       _/s/ T. Andrew Horvat_
                                                      T. Andrew Horvat
                                                      Cook Co. Assistant State's Attorney
                                                      50 W. Washington, 5th Floor
                                                      Chicago, Illinois 60602
                                                      (312) 603-3362