IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Ezra Hill,<br><br>   Plaintiff,<br><br>v.<br><br>City of Harvey, Gregory Thomas, and Deputy Police Chief Jason Banks,<br><br>   Defendants. | No. 17-cv-4699<br><br>Honorable Nancy L. Maldonado. |

## ORDER

Jury trial held on 6/30/23 and concluded. The jury returns a verdict with respect to the claims of Plaintiff against Defendants as follows: As to unlawful pretrial detention, the jury returned a verdict for Plaintiff Ezra Hill and against Defendants Gregory Thomas and Jason Banks. As to malicious prosecution, as to Defendant Thomas and City of Harvey, the jury returned a verdict for Plaintiff. For malicious prosecution, as to Defendant Banks, the jury returned a verdict for Defendant Banks. Compensatory damages are awarded in the amount of $3,000,000.00. Punitive damages are awarded as to Defendant Thomas in the amount of $2,500.00.

The Clerk shall enter judgment against Defendants City of Harvey, Gregory Thomas and Jason Banks in favor of the plaintiff in the amount of $3,000,000.00 and against Defendant Thomas in the amount of $2,500.00. Post-trial motions under Rule 59 are due August 2, 2023, responses are due August 23, 2023, and replies are due September 6, 2023. The Court will set a deadline for Plaintiff's petition for attorney's fees after it resolves any post-trial motions. Civil case terminated.

ENTERED: 7/5/23

_Nancy L. Maldonado_
_____
Nancy L. Maldonado
United States District Court Judge