# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ezra Hill,

Plaintiff(s),

v.

City of Harvey, Gregory Thomas, Jason Banks, ,

Defendant(s).

Case No. 17-cv-4699

Judge Nancy L. Maldonado

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Ezra Hill
and against defendant(s) City of Harvey, Gregory Thomas, Jason Banks
in the amount of $3,000,000.00
and against defendant Gregory Thomas for punitive damages in the amount of $2,500.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Nancy L. Maldonado presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion.

Date: 7/5/2023

Thomas G. Bruton, Clerk of Court

Carmen Acevedo , Deputy Clerk