**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Ezra Hill v. City of Harvey; et al.  
Case Number: 17-cv-4699

An appearance is hereby filed by the undersigned as attorney for:

Defendants, City of Harvey, Gregory Thomas, and Jason Banks

Attorney name (type or print): Daiana R. Man

Firm: Ancel Glink, PC

Street address: 140 S. Dearboprn, 6th Floor

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6336314  
(See item 3 in instructions)

Telephone Number: 312-782-7606

Email Address: dman@ancelglink.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel  
☐ Appointed Counsel  
If appointed counsel, are you a  
☐ Federal Defender  
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 9, 2024

Attorney signature: S/ Daiana R. Man  
(Use electronic signature if the appearance form is filed electronically.)